```
           UNITED STATES
           DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

           # 00500423 - MD
             July 5, 2005


   Code    Case #    Qty      Amount

   1ST CIVI 05-112e             5.75 CH



   TOTAL →                      5.75



   FROM: BERNIE L. BARNES
         SCI-ALBION
         10745 ROUTE 18
         ALBION PA 16475-0001
```