## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENNIE E. BARNES,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL ACTION NO. 05-112 ERIE |
| **STATE OF PENNSYLVANIA,** and **COURT OF COMMON PLEAS OF ERIE COUNTY,** | ) |
| **Defendants.** | ) |

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing Motion to Dismiss filed on behalf of defendant STATE OF PENNSYLVANIA, IT IS HEREBY ORDERED that the motion is GRANTED.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
United States Magistrate Judge