Part. Pay
CA 05-112 E

**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500533 - AM  *am*
September 21, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 1ST CIVI | 05-112 E | | 0.36 CH |
| 1ST CIVI | 05-112 E | | 4.04 CH |

TOTAL→               4.40

FROM: SCI ALBION/ BENNIE BARNES
      INMATE GENERAL WELFARE FUND
      10745 ROUTE 18
      ALBION, PA 16475-0001