United State District Court for The Western District of Pennsylvania

Civil Action
No. 05/12 Erie

Bennie Bauer
vs
State of PA and Court of Common Pleas of Erie County
                 Defendants

Susan Baxter
Magistrate Judge

(1) Motion The Court for 20 day extension for time to respond to motion to dismiss from office of The attorney General The Defendants

(2) Motion for Leave to amend Petition to my law suite
Petition seek leave to file an amended Petition to law suite to include one additional Claim of Midcated which was Inadvertently omitted from The original Petition file with The Court

(3) Petition avers that The respondents will not be prejudical by The Court granting leave to file amended Petition

Bennie Bauer

In the United State district district
Court for the Western District
of Pennsylvania

## Proof of Service

The undersigned hereby certifies under Rule that he is this date serving the foregoing document on the following persons by first class U.S. mail

Date: 9-22-205

Respectfully Submitted
Bennie Barnes

Office of the Attorney General
6ft Floor, Manor Complex
564 Forbes Avenue
Pittsburg, PA 15219

Clerks Office
US District
P.O. Box 1820
Erie, PA 16509