Civil act no. 05 112 Erie

Barnes
v.
State of PA and Court
Common Pleas of Erie
County Defendants

Suppliment to add to motion for more time untial the 28 - or att

Sunday 10-23-205 motion to the Court

Dear Judge Balter

I had no money to Pay for Copys OR my lawer Suite that I asked for time on so I maie a Copy to my Brother asking him to make Copys and maie them out to all Parties because I had a deadline at the time I maie them to him he was out on town on business I talk to him to day on the Phone he have the Paper work and will be Put it in the maie to day

I am very sorry for the mix up

Your Truly
Bernie Barnes

In the U.S. district Court
for the western district
of P.A

Verification
of Proof Service

I hereby Certifies that on this date
Serving the foulgoing documents on the
Parties

Tom Corbett
office of the attorney
General 6F1. manor Complex
564 Forbes avenue
Pittsburgh 15219

Clerk's office for the
S.U. district Court
P.O. Box 1820 Erie PA
16507

Bernice Bowser
Date, 10-23-2005

14

| DC-138A | COMMONWEALTH OF PENNSYLVANIA |
| --- | --- |
| **CASH SLIP** | DEPARTMENT OF CORRECTIONS |

**1. REQUISITIONING INMATE**

| FACILITY NUMBER | LOCATION | DATE |
| --- | --- | --- |
| EB-8245 | DB | 10-5-2005 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take out for legle mail and Postage get Pade around 27 or 28 no money in my accout thank you

legle mail

Motion to Amend Petition to Law Suite Civil act 2005-112 Erie

Inmate ID Verified
D. JONES
Housing Unit Co's Signature
Date 10-5-05  Unit D/B

**3. INMATE'S SIGNATURE**
Bennie Burns

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
| --- | --- | --- |
| $ 1.52 | OCT - 6 2005 | |