```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

        # 06000052 - DM  dm
         October 28, 2005


    Code   Case #   Qty    Amount

    1ST CIVI 04-44 E         3.02 CH
    1ST CIVI 03-363E         6.07 CH
    1ST CIVI 05-112E         3.03 CH
    1ST CIVI 04-365E        12.94 CH


    TOTAL →                 25.06


    FROM: SCI ALBION FOR
          JEFFERSON, BARNES, MILEY
```

handwritten annotation: rcpt # 06-52 / CA 05-112.E Barnes / $3.03