CA 05-112 E
part pay
receipt # 06-93

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### ERIE Division

# 06000093 - DM
November 17, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 1ST CIVI | 04-44 Erie | | 3.02 CH |
| APPEAL D | 05-1789 ca | | 10.42 CH |
| 1ST CIVI | 03-363 | | 6.07 CH |
| 1ST CIVI | 05-112 | | 3.03 CH |
| 1ST CIVI | 04-365 | | 13.04 CH |

TOTAL→   35.58

FROM: SCI ALBION - LEONARD JEFFERSON
ANTHONY DEFRANCO
BENNIE BARNES
MICHAEL MILEY