IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENNIE E. BARNES,   )   <br>     Plaintiff   ) <br>     v.   ) <br>        ) <br> STATE OF PENNSYLVANIA, et al.,   ) <br>     Defendants.   ) | C.A. No. 05-112 Erie <br> District Judge McLaughlin <br> Magistrate Judge Baxter |

## ORDER

AND NOW, this 29th day of November, 2005;

In light of this Court's Report and Recommendation filed on this date, IT IS HEREBY ORDERED that Defendant State of Pennsylvania's Motion to Dismiss [Document # 10], Plaintiff's "Motion to Correct/Amend Complaint and Motion for Extension of Time to File Response/Reply" [Document # 13] and Plaintiff's Motion to Extend Time [Document # 14] are dismissed as moot.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                                                 S/Susan Paradise Baxter
                                                 SUSAN PARADISE BAXTER
                                                 Chief U.S. Magistrate Judge

cc: All parties of record