CA 05-112 E
partial payment
Receipt # 06-138

```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

     # 06000138 - DM  dvn
       December 14, 2005


   Code   Case #    Qty      Amount

   2ND CIVI 04-44 E            2.83 CH
   APPEAL D 04-230 E           10.58 CH
   1ST CIVI 02-279 E           20.00 CH
  (1ST CIVI 05-112             2.90 CH)
   2ND CIVI 04-365             12.75 CH
   1ST CIVI 03-365              5.80 CH


   TOTAL→                      54.91


   FROM: SCI ALBION-LEONARD JEFFERSON
         ANTHONY DEFRANCO, ABUBATA
         HASH, BENNIE BARNES, MICHEL
         RILEY
```