CA  05-112 E
part pay
receipt # 06-183

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000183 - DM
January 25, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2ND CIVI | 04-44 E | | 2.88 CH |
| APPEAL D | 04-230 E | | 10.08 CH |
| 1ST CIVI | 03-363 E | | 6.07 CH |
| 1ST CIVI | 05-112 E | | 3.04 CH |
| 2ND CIVI | 04-365 E | | 13.34 CH |

TOTAL→          35.41

FROM: SCI ALBION FOR
      LEONARD JEFFERSON, ANTHONY
      DEFRANCO, GENNIE BARNES,
      MICHAEL KILEY