CA 05-112
part pay
receipt # 06-212

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000212 - SP
February 9, 2006

Code    Item #       Qty     Amount

1ST CIVT 24-AAE              5.41 CH
APPEAL 0 24-230E            10.00 CH
1ST CIVT 23-143E             5.34 CH
1ST CIVT 05-112E             2.11 CH
1ST CIVT 04-303L            13.72 CH

TOTAL =                     36.58
```