```
                    UNITED STATES
                    DISTRICT COURT
                 WESTERN DISTRICT OF PENNSYLVANIA
                       ERIE Division

                  # 06000262  -  DM
                   March 16, 2006


        Code    Case #    Qty      Amount

        APPEAL 0 05-1789 E              10.33 CH
        1ST CIVI 02-279 E               35.00 CH
        1ST CIVI 03-363 E                5.52 CH
       (1ST CIVI 05-112 E                2.76 CH)
        1ST CIVI 04-365 E                8.81 CH


        TOTAL →                         62.42


        FROM: SCI ALBION:  ANTHONY DEFRANCO
                           ABUBATA HACO
                           BENNIE BARNES (2) ✓
                           MICHAEL KILEY
```

Handwritten annotations:
- partpay filing fee
- # 06-262
- CA 05-112
- $2.76