```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000343  - SP
May 15, 2006

Code    Case #      Qty      Amount

1ST CIVI 04-44E              3.17 CH
FIRSTAPP 04-230E            10.25 CH
1ST CIVI 02-279E            40.00 CH
1ST CIVI 03-363E             6.07 CH
1ST CIVI 05-112E             3.03 CH
1ST CIVI 04-365E             6.19 CH

TOTAL →                     68.71

FROM: SCI ALBION FOR JEFFERSON,
      DEFRANCO, HAAR, BARNES, WILEY
```

CA 05-112 E
part pay (CFF)
receipt # 06000343
$3.03