```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
        PITTSBURGH Division

      #  06004560  -  KM
        June 20, 2006


   Code    Case #     Qty      Amount

   1ST CIVI  04-cv-44E             6.02 CH
   1ST APPE  04-cv-230E           10.58 CH
   1ST CIVI  03-cv-363E            5.80 CH
   1ST CIVI  05-cv-112E            2.90 CH


   TOTAL →                        25.30


   FROM: SCI ALBION
         10745 ROUTE 18
         ALBION, PA 16475
         JEFFERSON, DEFRANCO, BARNES
```

*Handwritten notes:*
CA 05-112 E
part pay
receipt # 06004560