```
         UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 06000426 - SP
          July 20, 2006


     Code    Case #    Qty    Amount

     FIRSTAPP CA-04-230E            11.09 CH
     1ST CIVI CA-03-363E             6.07 CH
     1ST CIVI CA-05-112E             3.04 CH


     TOTAL→                         20.20



     FROM: SCI ALBION FOR DEFRANCO,
           BARNES
```

CA 05-112 E
part pay
$3.04
receipt # 06000426