```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 06000485 - SF
        August 30, 2006


   Code    Case #    Qty      Amount

   1ST CIVI CA-04-44E           3.00 CH
   2ND CIVI CA-04-44E           0.02 CH
   FIRSTAPP CA-04-132E         14.58 CH
   1ST CIVI CA-04-364E          6.07 CH
   1ST CIVI CA-05-112E          3.04 CH

   TOTAL →                     26.71


   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, AND BARNES
```

CA 05-112E

$3.04

part pay

receipt # 06000485