```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 06000528 - SP
      September 29, 2006


   Code    Case #     Qty      Amount

   2ND CIVI CA-04-44E           3.32 CH
   FIRSTAPP CA-04-230E         14.33 CH
   2ND CIVI CA-02-27E          40.80 CH
   1ST CIVI CA-03-363E          1.65 CH
   2ND CIVI CA-03-363E          4.14 CH
   1ST CIVI CA-05-112E          2.89 CH


   TOTAL →                     66.03



   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, HAQQ, BARNES
```

*(handwritten annotation:)* CA 05 112 E past pay reciept # 06000528