```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        #  07000038  -  SP
         October 27, 2006


    Code    Case #    Qty      Amount

    2ND CIVI CA-04-44E           3.17 CH
    FIRSTAPP CA-04-230E         11.09 CH
    2ND CIVI CA-03-363E          6.35 CH
    1ST CIVI CA-05-112E          3.17 CH


    TOTAL→                      23.78


    FROM: SCI ALBION FOR JEFFERSON,
          DEFRANCO, BARNES
```

CA 05-112 E
$ 3.17
part pay
receipt # 07-38