CA 05-112 E
part pay
receipt # 07-69
$2.76

```
           UNITED STATES
           DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 07000069 — DM
         November 20, 2006

  Code    Case #    Qty    Amount

  2ND CIVI  04-44  Ecv            5.00 CH
  FIRSTAPP  04-230 Ecv            9.07 CH
  2ND CIVI  03-363 Ecv            5.52 CH
  1ST CIVI  05-112 Ecv            2.76 CH
  1ST CIVI  06-174 Ecv            1.73 CH

  TOTAL →                        24.08

  FROM: SCI ALBION FOR: L. JEFFERSON
        A. DEFRANCO, RONNIE BARNES
        JOHN RICHARDSON
```