```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 07000108 - SP
       December 20, 2006


    Code    Case #    Qty      Amount

    2ND CIVI 04-44E            7.55 CH
    FIRSTAPP 04-230E          10.84 CH
    2ND CIVI 03-363E           5.80 CH
    1ST CIVI 05-112E           2.90 CH
    1ST CIVI 06-174E           2.02 CH


    TOTAL→                    29.11



    FROM: SCI ALBION FOR JEFFERSON,
          DEFRANCO, BARNES, RICHARDSON
```

*CA 05-112 E*
*part pay*
*receipt 07-108*