```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 07000170 - DM
        February 5, 2007

    Code   Case #    Qty    Amount

    2ND CIVI 04-44 Ecv         2.00 CH
    2NDAPPEA 04-230 Ecv       13.59 CH
    2ND CIVI 02-279 Ecv        4.15 CH
    2ND CIVI 03-362 Ecv        5.30 CH
   (1ST CIVI 05-112 Ecv        3.03 CH)
    1ST CIVI 06-108 Ecv        1.97 CH

    TOTAL →                   31.00

    FROM: JOE ALLEN FOR: JEFFERSON,
          DEFRANCO, WADE, (BARNES) C.
          05-062304
```

part pay filing fee
rcpt # 07-170

$3.03

CA 05-112 E