

part pay filing fee.
rcpt # 07-194

$3.04

CA 05-112 E