

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000252 - DM
March 22, 2007

Code   Case #    Qty      Amount

2ND CIVI 04-44 E              3.02 CH
2NDAPPEA 04-230 E            10.58 CH
2ND CIVI 03-363 E             6.07 CH
1ST CIVI 05-112 E             3.04 CH
1ST CIVI 06-174 E             3.02 CH

TOTAL →                      25.73

FROM: SCI ALBION FOR: JEFFERSON,
DEFRANCO, BARNES (2) AND
RICHARDSON
```

Part pay filing fee
rcpt # 07-252

$3.04
CA 05-112

Barnes