FILED
'07 APR 27 P3:10
CLERK
U.S. DISTRICT COURT

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        #  07000302  -  SPA
            April 27, 2007

    Code    Case #    Qty      Amount

    2ND CIVI 04-44E             8.59 CH
    2ND CIVI 03-363E            5.24 CH
    1ST CIVI 05-112E            2.62 CH
    1ST CIVI 06-174E            2.59 CH


    TOTAL →                    19.04


    FROM: SCI ALBION FOR JEFFERSON,
          BARNES, AND RICHARDSON
```

part pay
CA 05-112 E
$2.62
receipt # 07-302