```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

    #  07000353  -  DM
        May 18, 2007

  Code    Case #    Qty      Amount

  2ND CIVI 04-44 E           3.17 CH
  2ND CIVI 03-363 E          6.07 CH
  1ST CIVI 05-112 E          3.04 CH
  1ST CIVI 06-174 E          2.74 CH


  TOTAL→            15.02



FROM: SCI ALBION FOR:
      BENNIE BARNES (2)
      LEONARD JEFFERSON
      JOHN K. RICHARDSON
```

*part pay*
*rcpt # 07-353*

*CA 05-112*

*$ 3.04*