part pay
rcpt. # 07-410

$2.76

CA 05-112

```
          UNITED STATES
          DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

         # 07000410 - DM
          June 18, 2007

   Code    Case #    Qty       Amount

   2ND CIVI 04-44 E            12.88 CH
   2ND CIVI 03-363 E            5.52 CH
  (1ST CIVI 05-112 E            2.76 CH)
   1ST CIVI 06-174 E            2.88 CH

   TOTAL→                      24.04

   FROM: SCI ALBION FOR:
      LEONARD JEFFERSON, (BENNIE
      BARNES (2)) AND JOHN E.
      RICHARDSON
```