```
         UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 07000546 - DM
        September 17, 2007


   Code    Case #    Qty      Amount

   2ND CIVI 04-44 E           6.11 CH
   2ND CIVI 03-363 E          0.25 CH
   1ST CIVI 05-112 E          5.82 CH
   1ST CIVI 06-174 E          3.82 CH


   TOTAL→                    15.20


   FROM: SCI ALBION FOR:
         LEONARD JEFFERSON
         BENNIE BARNES (2)
         JOHN K. RICHARDSON
```

1:05-CV-112
pact pay
receipt # 07546
$5.82