```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 07000558 - SP
        September 27, 2007


    Code    Case #    Qty      Amount

    1ST CIVI 05-112E            5.52
    1ST CIVI 06-174E            2.88


    TOTAL→                      8.40


    FROM: SCI ALBION FOR BENNIE BARNES,
          JOHN RICHARDSON
```