```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
      ERIE Division

# 08000023 - DM
October 18, 2007

Code  Case #         Qty    Amount

1ST CIVI 05-112 E           3.17 CH
1ST CIVI 06-174 E           3.17 CH

                  TOTAL→    6.34

FROM: SCI ALBION FOR:
BENNIE BARNES
JOHN K. RICHARDSON
```

Handwritten note:

1:05-cv-112

3.17

part pay

ret #08-23