**RECEIVED**

**NOV - 8 2007**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

         # 08000047 - SP
         November 8, 2007

   Code    Case #    Qty    Amount

   FIRSTAPP 03-389E           2.90 CH
   1ST CIVI 05-112E           5.80 CH
   1ST CIVI 06-174E           2.88 CH


         TOTAL →              11.58


     FROM: SCI ALBION FOR BARNES,
           RICHARDSON
```