```
            UNITED STATES
            DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

           # 08000080 - DM
           December 11, 2007


    Code    Case #    Qty      Amount

    FIRSTAPP 03-389 E                10.00 CH
    1ST CIVI 05-112 E                25.80 CH
    1ST CIVI 06-174 E                 2.45 CH


    TOTAL→                          38.25



    FROM: SCI-ALBION FOR:
          BENNIE BARNES (2)
          JOHN K. RICHARDSON
```