```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

       # 08000150 - SP
       February 12, 2008


  Code    Case #    Qty      Amount

  FIREARM 03-395E            2.46 CH
  1ST CIVI W1-112E           4.77 CH


  TOTAL→                     7.45


  FROM: SCI ALBION FOR BENNIE BARKER
```