```
            UNITED STATES
            DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

        # 08000194 - SF
          March 12, 2008

    Code    Case #    Qty    Amount
    IST CIVI 05-112E           6.35 CH
    IST CIVI 07-341E           3.60 CH

        TOTAL →              9.95

    FROM: SCI ALBION FOR SAMUEL
          RODRIGUEZ
```

*part pay*

05-112

$6.35