```
         UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         # 08000242  -  DM
           April 15, 2008

   Code    Case #     Qty       Amount

   FIRSTAPP 03-389
   1ST CIVI 05-112              2.90 CH
                                5.80 CH

          TOTAL→              8.70


   FROM: SCI ALBION OR:
         BENNIE BARNES
```