

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 080000277 - DM
May 14, 2008

Code    Case #       Qty    Amount

FLAGSTAFF 03-369 E          2.90 CH
1ST CIVI 05-112 E           5.80 CH

                  TOTAL ->  8.70

FROM: SCI ALBION FOR:
      BENNIE BARNES
```

part pay
05-112
$5.80