```
            UNITED STATES
            DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

         # 08000324  - DM
            June 11, 2008


   Case    Case #    Qty      Amount

   WKSTAFF 04-036 E            11.04 CR
   WKSTAFF 03-369 E             5.04 CR
   ST CIVT 05-112 E             2.07 CR


   TOTAL→                      20.20


   FROM: FCI MCKEAN FOR:
         ANTHONY DEFRANCO,
         BENNIE BARNES (APPEAL
         BENNIE BARNES
```