

```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 080000339 - DM
         July 10, 2008


  Code    Case #     Qty      Amount

 FIRSTAPP 04-230 E             10.08 CH
 FIRSTAPP 03-389 E              3.04 CH
 1ST CIVI 05-112 E              6.07 CH


  TOTAL→                       19.19



 FROM: SCI ALBION FOR
       ANTHONY DEFRANCO
       BENNIE BARNES
       BENNIE BARNES
```