```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

     # 08000415 - SP
     September 12, 2008


  Code    Case #    Qty      Amount

  FIRSTAPP 04-230E           16.63 CR
  FIRSTAPP 03-369E            1.17 CR
  1ST CIVI 05-112E            5.35 CR
  FIRSTAPP 07-152E            3.31 CR


  TOTAL→                     26.46


  FROM: SCI ALBION FOR DEFRANCO,
        BARNES, ARMSTRONG
```